Joseph F. MUTH, D.C., Respondent,

v.

Donald R. RHOADS, D.C., Appellant.

No. WD 35793.

Missouri Court of Appeals,
Western District.

April 2, 1985.

Rehearing Denied May 28, 1985.

D. James Mariea of Whitlow, Riley, Mariea & Dunlap, P.C., Fulton, for appellant.

Cyril M. Hendricks of Spencer & Hendricks, P.C., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

**2**

### ORDER

**PER CURIAM:**

This is an appeal from a judgment allowing recovery of damages for breach of contract.

The judgment is affirmed. Rule 84.16(b).